[No. 20435-1-I. Division One. June 26, 1989.]

THE BENEDICTINE CONGREGATION "REGINA LAUDIS" OF THE STRICT OBSERVANCE, INC., *Respondent,* v. HENRY DAY ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 5050, Howard A. Patrick, J., entered April 17, 1987. *Affirmed in part* and *remanded* by unpublished opinion per Swanson, J., concurred in by Grosse, A.C.J., and Scholfield, J.

[No. 11393-7-II. Division Two. June 27, 1989.]

ANDREW C. CRATSENBERG, ET AL, *Appellants,* v. KITSAP ASSOCIATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-2-00186-2, James D. Roper, J., entered September 4, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

[No. 11106-3-II. Division Two. June 27, 1989.]

DIANE WHITE, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86-2-00837-1, Paula Casey, J., entered June 2, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.